UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>M.R. and C.B.</u>

    v.                        Civil No. 05-cv-292-SM

<u>Brookline School District</u>


**<u>ORDER</u>**

    Re:  Document No. 18, <u>Motion For Leave To File Amended Complaint</u>

    Ruling: Plaintiffs are granted permission to amend the complaint only as it relates to matters addressed in the January 2006 proceeding but are denied permission to introduce other new issues not raised at either hearing.  Plaintiffs must submit a complaint which complies with this order.  The "Candice Lambert" false testimony claim was the crux of the January reopening and may be added by amendment.

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        U.S. Magistrate Judge

Date: May 15, 2006

cc:   Dean B. Eggert, Esq.
       Theresa Kraft, Esq.