**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>M.R. and C.B.</u>

    v.                        Civil No. 05-cv-292-SM

<u>Brookline School District</u>

<u>**ORDER**</u>

    Re:  Document No. 24, <u>Motion For Additional Evidence</u>

    Ruling: Denied as to Dr. Afshar.  Plaintiffs had him in attendance at the hearing and did not call him that day nor did they ask for another day.  Denied as to Dr. Yardley.  Plaintiffs objected to that evidence at the hearing.  Denied as to Lambert.  Plaintiffs could have introduced it at the reopened hearing.  Denied as to Drs. Blom, Willis, and Goodall - no justification for it has been shown.

                                         _____
                                         James R. Muirhead
                                         U.S. Magistrate Judge

Date: 11/16/06

cc:  Dean B. Eggert, Esq.
     Theresa Kraft, Esq.